UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO MURRIE,<br>Plaintiff,<br>v.<br>MEDICAL DATA SYSTEMS INC,<br>Defendant. | Case No. 26-cv-04760-HSG<br>**ORDER GRANTING REQUEST FOR ADDITIONAL TIME FOR SETTLEMENT DISCUSSIONS** |

At the initial case management conference, the parties indicated that they intended to engage in informal settlement discussions and the Court agreed to wait before setting a case schedule. *See* Dkt. No. 18. The parties have indicated that they have not yet reached a settlement, but would like to continue their discussions. *See* Dkt. No. 18. The Court **GRANTS** the parties' request for additional time to continue their settlement discussions. *Id.* By September 25, 2026, the parties shall file either (1) a stipulated dismissal; or (2) a status report of no more than two pages indicating that the case did not settle. If the case does not settle, the Court will issue a scheduling order.

**IT IS SO ORDERED.**

Dated: 9/9/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California